UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RODNEY J. YANKE,  )
                  )
    Plaintiff,    )           **O R D E R**
                  )
vs.               )           2:11-CV-126-PMP-RJJ
                  )
CHASE HOME FINANCE, LLC, et al., )
                  )
    Defendants.   )

IT IS ORDERED Plaintiff's Motion to Allow Plaintiff to File Electronically [12] will be granted upon the filing of a Notice of Compliance by Plaintiff Rodney J. Yanke that he has completed the CM/ECF Tutorial and is familiar with Electronic Filing Procedures, Best Practices, and Civil and Criminal Events Menu that are accessible on this Court's website. Such certification must be filed by **April 25, 2011** or the request will be denied.

DATED: March 25, 2011.

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE