UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RODNEY J. YANKE,

       Plaintiff,

v.

CHASE HOME FINANCE, INC., et al.,

       Defendants.

2:11-CV-00126-PMP-RJJ

ORDER

**IT IS ORDERED** that Defendants' Motion to Stay Litigation and Discovery Proceedings Pending Disposition of Motion to Dismiss (Doc. #18) is **GRANTED**.

DATED: April 25, 2011.

_____
PHILIP M. PRO
United States District Judge