UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RODNEY J. YANKE, | ) | 2:11-CV-00126-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CHASE HOME FINANCE, INC., DBA WASHINGTON MUTUAL BANK, FA, CALIFORNIA RECONVEYANCE COMPANY, a California corporation, | ) | |
| Defendants. | ) | |

**IT IS ORDERED that** Plaintiff's Motion to Extend Time (Doc. #29) is **GRANTED** to the extent that Plaintiff shall have to and including **October 12, 2011**, within which to file a response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #27) filed August 31, 2011.

DATED: September 12, 2011.

_____
PHILIP M. PRO
United States District Judge