UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODNEY J. YANKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, INC., DBA WASHINGTON MUTUAL BANK, FA, CALIFORNIA RECONVEYANCE COMPANY, a California corporation,<br><br>　　　　Defendants. | 2:11-CV-00126-PMP-RJJ<br><br>**ORDER** |

　　　　Before the Court for consideration is Defendants' fully briefed Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #27).

　　　　As noted in Plaintiff's Reply Memorandum (Doc. #32), the Opposition filed by Plaintiff Yanke (Doc. #31) fails to adequately address the arguments raised by Defendants in support of their Motion to Dismiss. For the reasons set forth in Defendants' Motion to Dismiss (Doc. #27) and Reply Memorandum (Doc. #32) the Court finds that Defendants are entitled to relief requested on the merits.

　　　　**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #27) is **GRANTED** and that Plaintiff's Complaint is hereby dismissed.

DATED: October 26, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge